# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2025-0894
Lower Tribunal No. 2023-CA-002032

_____

PHILLIP J. LUTZI,

Appellant,

v.

WILLIAM MILLER AND SUSAN KELLEGHAN, as Trustee of the
SUSAN I. KELLEGHAN TRUST DATED 11/06/2007, and
RIVERBEND OF NAPLES MOBILE HOMEOWNERS ASSOCIATION, INC.,

Appellees.

_____

Appeal from the Circuit Court for Collier County.
Joseph G. Foster, Judge.

December 23, 2025

PER CURIAM.

AFFIRMED.

WOZNIAK, BROWNLEE and KAMOUTSAS, JJ., concur.

Lenore T. Brakefield and Chandler A. Kansy, of Woodward, Pires & Lombardo,
P.A., Naples, for Appellant.

Rachel A. Kerlek and Jennifer M. Hollander, of Woods, Weidenmiller, Michetti &
Rudnick, LP, Naples, for Appellees, William Miller and Susan Kelleghan, as Trustee
of the Susan I. Kelleghan Trust Dated 11/06/2007.

Alfred F. Gal, Jr., of Samouce & Gal, P.A., Naples, for Appellee, Riverbend of Naples Mobile Homeowners Association, Inc.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF TIMELY FILED